DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK FOSTER DICKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1179

[November 27, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch V, Judge; L.T. Case No. 13-5263CF10A.

Mark Foster Dickson, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***